**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

Connie Denice Watson,

Plaintiff,

v.

Wayne Sikorcin, *et al.*,

Defendants.

______________________________/

Case No. 26-mc-51027

Judith E. Levy
United States District Judge

Mag. Judge Curtis Ivy, Jr.

**ORDER DENYING PLAINTIFF CONNIE DENICE WATSON'S MOTION FOR LEAVE TO FILE [1] AND DISMISSING THIS MISCELLANEOUS MATTER**

In the last two years, Plaintiff has filed over 18 lawsuits against these Defendants with significantly similar or identical allegations regarding an alleged water balloon invention. *Watson v. Sikorcin*, No. 25-13511, 2026 WL 497793, at *1–2 (E.D. Mich. Feb. 23, 2026). On February 23, 2026, the Court enjoined Plaintiff from filing any new lawsuits or other documents without either paying the full filing fee or seeking and obtaining leave of court. *Id*. at *4–5.

On May 20, 2026, the Court issued an order amending the Court's previous order enjoining Plaintiff. *Watson v. Glenn*, No. 26-11094 (E.D. Mich. May 20, 2026), ECF No. 7. The Order states,

> Plaintiff Connie Denice Watson is ENJOINED from filing any new lawsuits or other documents without seeking and obtaining leave of court, regardless of whether she pays the filing fee. In order to obtain leave of court to file a new lawsuit or other document, Connie Denice Watson must follow the requirements below:
>
> 1. If Ms. Watson wishes to file any document in the U.S. District Court for the Eastern District of Michigan, including a complaint, she must file a "Motion Pursuant to Court Order Seeking Leave to File."
>
> 2. With the above Motion Pursuant to Court Order Seeking Leave to File, Ms. Watson must attach the following as exhibits:
>
> a. A copy of the document she proposes to file;
>
> b. A copy of this Order;
>
> c. A written declaration which she has prepared pursuant to 28 U.S.C. § 1726 or a sworn affidavit, certifying that (1) the document raises a new issue which has never been previously raised by her in this or any other court, (2) the claim or issue is not frivolous, and (3)

> the proposed filing is not being filed in bad faith.
>
> d. A document containing a list showing (1) the complete caption of every suit that has been previously filed by her or on her behalf in any court against each defendant in any new suit she wishes to file and (2) the complete caption of every suit which she has currently pending.

> Failure to follow these requirements will result in the document being stricken.

*Id.*

On August 10, 2026, Plaintiff filed a "Motion Pursuant To Court Order Seeking Leave To File." (ECF No. 1, PageID.1.) The motion is blank and does not state what documents she seeks leave to file. However, that same day, Plaintiff filed the following documents:

- A complaint (*id.* at PageID.3);
- A document titled, "The Plaintiff asks the Court to Order Relief of Certificate of Clarity of Judgment Settlements," (*id.* at PageID.23);
- Various exhibits to the complaint (*see id.*), including two copies of a court order issued on July 21, 2026 in one of Plaintiff's previous cases (ECF No. 1-2, PageID.76; ECF No. 1-3, PageID.85), and an excerpt of a previous order in one of Plaintiff's previous cases that lists some of her litigation

history in the Eastern District of Michigan (ECF No. 1-2, PageID.83);

- A Declaration stating that she reviewed the documents and information submitted and that to the best of her knowledge they are true and accurate (*id.* at PageID.84);

- An unsigned, incomplete application to proceed in district court without prepaying fees or costs (ECF No. 2); and,

- A document titled "Motion To Court Order for Judge Linda V. Parker to Remove or Recuse herself from case." (ECF No. 3.)

Plaintiff's motion for leave to file these documents is DENIED for failure to follow the Court's May 20, 2026 order enjoining her. *Watson v. Glenn*, No. 26-11094 (E.D. Mich. May 20, 2026), ECF No. 7. Plaintiff's filings on August 10, 2026 do not include the required written declaration or sworn affidavit, a copy of the May 20, 2026 order enjoining her, nor a complete list of every suit that has been previously filed by her or on her behalf. As such, this miscellaneous matter is DISMISSED and Plaintiff's application to proceed without prepaying fees or costs (ECF No. 2) and her motion (ECF No. 3) are DENIED as MOOT as Plaintiff did not properly seek leave to file those documents.

IT IS SO ORDERED.

Dated: August 13, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 13, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager